

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-13-00415-CR, 01-13-00416-CR, 01-13-00417-CR

Style:                   Javier Noel Campos

                         v. The State of Texas

Date motion filed[*]:       February 14, 2014

Type of motion:          Extension of time to file appellant's brief

Party filing motion:      Appellant

Document to be filed:    Appellant's brief

Is appeal accelerated?      No

If motion to extend time:

      Original due date:                    October 10, 2013

      Number of previous extensions granted:    2          Current Due date:  February 14, 2014

      Date Requested:                 May 19, 2014

Ordered that motion is:

      ☑   Granted in part, denied in part

           If document is to be filed, document due:  March 19, 2014

           ☑       The Court will not grant additional motions to extend time

      ☐   Denied

      ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐   Other: _____

     **If the brief is not filed by March 19, 2014, the Court may set a date for appellant's counsel to appear and show cause why appellant's brief was not timely filed.**

Judge's signature:   /s/ Evelyn V. Keyes

                       ☑ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date:  March 6, 2014

November 7, 2008 Revision